*In re* ENMIENDA AL REGLAMENTO NOTARIAL DE PUERTO RICO (REGLA 28).

*Número:* ER-96-5          *Resuelto:* 18 de octubre de 1996

## RESOLUCIÓN

Se enmienda *nunc pro tunc* la Regla 28 del Reglamento Notarial aprobado mediante Resolución de 15 de julio de 1995 para que lea como sigue:

*Acreditación de la capacidad representativa voluntaria de un compareciente*

El carácter representativo de un compareciente deberá ser acreditado al notario mediante documento fehaciente, en cualquier momento antes del otorgamiento, salvo que exista la conformidad expresa de los demás comparecientes para que sea acreditado en momento posterior.

El notario, a su discreción, copiará en la escritura el documento que le ha sido mostrado y que acredita la capacidad representativa de un compareciente. Cuando fuere solicitado por alguno de los comparecientes, el notario deberá copiar tal referencia en la escritura.

Cuando no fuere acreditada la capacidad representativa al momento de la autorización, el notario deberá consignar expresamente en la escritura tal hecho y que los comparecientes han dado su anuencia para que la escritura sea autorizada y para la presentación en fecha posterior de la prueba documental de tal capacidad. En tal caso el notario consignará en la escritura que hizo a todas las partes la advertencia sobre la eficacia en suspenso de la escritura.

*Regístrese y publíquese.*

Lo pronunció y manda el Tribunal y certifica el señor Secretario del Tribunal Supremo. La Juez Asociada Señora Naveira de Rodón no intervino.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario del Tribunal Supremo*